**First Hawaiian Bank**

## FUNDS TRANSFER REQUEST (OVER-THE-COUNTER)

Wire No. _____
Repetitive No. _____
Date  7/22/11

| | |
|---|---|
| **Value Date** 7/22/11 | |

**Originator (Debit Party) - All Fields Required**
DDA, SAV, GL  DDA
Account Number  48086659
Customer Name  OCEANVIEW DEVELOPMENT LLC
Street Address  986 MCGREAGOR LANE
City & State  HONOLULU HI 96817

**Ordering Party** (Complete when using GL debit; All Fields Req'd)
Account Number _____
Customer Name _____
Street Address _____
City & State _____

**Beneficiary - Name or Account Number Required**
Account Number/IBAN  766820831
Name  R. Robertson & Asso. PLLC, IOLTA Trust Account
Address _____

**Pay Through Bank**
ABA or SWIFT _____
Bank Name _____

**Beneficiary's Bank**
ABA or SWIFT BIC  111000614
Bank Name  CHASE
City, State, or Country  Brownsville, TX.

**Bank to Bank Information:** _____

**Originator to Beneficiary Information:** _____

- Domestic ☒   U.S. Dollars ☒   Foreign Rate ___
- Foreign ☐    Foreign ☐

☒ Debit My Account
☐ FHB Check  Auth. Code ___
☐ Cash
☐ Other ___  Describe

U.S. Amt. $  1,000,000.00

Prepared By (signature)  Emp. No.  15249
Authorized By (signature)  Emp. No.  015082

Foreign Amt. ___
Wire Chg. $  70.00

Authorized By (Req. If Over $100,000)  Emp. No.  15548
Total $  1,000,070.00

The person signing below certifies that s/he is authorized to execute this Funds Transfer Request ("Request") on behalf of the Customer/Originator named above (and referred to in this Request as "Customer") and that all information is true, correct, and complete. Customer understands that (i) each funds transfer is subject to First Hawaiian Bank ("FHB") Funds Transfer Agreement, a copy of which Customer acknowledges receipt and review; and (ii) FHB and its correspondents take all funds transfer requests for transmission without liability for transmission delays, any bank handling fees, or any misinterpretation of the message, or otherwise, except to the extent provided in the Funds Transfer Agreement.

Customer Signature  X (signed)
Print Name  REUBEN FUNG   Title  Member
Phone Number  808-864-7556

Entered On-Line By ___   Auth. On-Line By ___
Employee No. ___   Employee No. ___

---

**Bank Use Only - For Transfers of $3,000 or More**

Originator is:  ☒ Established Customer. Account Type and Number  DDA 48-086659
☐ Non-Customer. (Complete section below and send copy of this form to Corporate Compliance Division.)

**Non-Customer Information**
The following information is *required* for non-customer originators:
- Originator's ID Type ___   ID No. ___
- Complete *one* of the following items
  - ☐ Taxpayer ID No. ___
  - ☐ Alien ID No. ___
  - ☐ Passport No. ___
  Country ___

[Stamp: JUL 22 2011]

If the person completing the transfer is not the originator, provide the following information about the person completing the transfer:
Name (print) ___
Type of Identification ___   ID No. ___
Complete *one* of the following items:
- ☐ Taxpayer ID No. ___
- ☐ Alien ID No. ___
- ☐ Passport No. ___
Country ___

**Wire Transfer Checklist**

☐ Provide all customers/originators with a copy of the Funds Transfer Agreement, EX-877.
☐ Business entities must complete the Certification of Resolutions for Funds Transfers, EX-874.
☐ For transfers $3000 or more, if the wire was not funded from the Customer/Originator's FHB account, send a copy of the Request for One-Time Funds Transfer to Corporate Compliance Division.
☐ If the customer/originator is requesting on-going transfers, complete the Funds Transfer Application, EX-861.

Be sure all forms are completely filled out and signed by authorized signers.

EX-804 (REV. 03/10/06) INTRANET

# EXHIBIT "5"